JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEROME WEST, | Case No. CV 09-7639-ODW (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| KEN CLARK, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition herein is dismissed with prejudice.

Dated: December 4, 2009

_____
Otis D. Wright, II
United States District Judge

